UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MINGAN F. TORRISI,

        Plaintiff,

v.

KING COUNTY CORRECTIONAL
FACILITY BOOKING OFFICER # 77874,

        Defendant.

Case No. C17-1295-RSL-JPD

ORDER TO SHOW CAUSE

Plaintiff Mingan Torrisi is currently confined at the King County Correctional Facility (KCCF) in Seattle, Washington. He has submitted to the Court for filing a civil rights complaint pursuant to 42 U.S.C. § 1983 in which he asserts that the defendant in this action, a KCCF booking officer, refused to book plaintiff into the jail under his legal name, Mingan Fujimura Torrisi, and instead booked plaintiff under the name Terrail Kyle Elliot. (Dkt. 1-1 at 3) Plaintiff seeks monetary damages and an order directing that he be re-booked under the proper name. (*Id.* at 4.)

In order to sustain an action under § 1983, a plaintiff must show (1) that he suffered a violation of rights protected by the Constitution or created by federal statute, and (2) that the violation was proximately caused by a person acting under color of state law. *See Crumpton v.*

ORDER TO SHOW CAUSE - 1

*Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991). To satisfy the second prong, a plaintiff must allege facts showing how individually named defendants caused, or personally participated in causing, the harm alleged in the complaint. *See Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir. 1981).

Plaintiff's complaint is deficient because he fails to state any claim upon which relief may be granted in this civil rights action. Plaintiff does not allege in his complaint any violation of a federally protected right, and the facts set forth in the complaint do not implicate federal constitutional concerns.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff shall SHOW CAUSE not later than ***thirty (30) days*** from the date on which this Order is signed why this action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

(2) The Clerk shall send copies of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 21st day of September, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE - 2