1
2
3
4
5
6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8  MINGAN F. TORRISI,

9                    Plaintiff,          Case No. C17-1295-RSL

10      v.
                                         ORDER DISMISSING CIVIL RIGHTS
11 KING COUNTY CORRECTIONAL               COMPLAINT
   FACILITY BOOKING OFFICER # 77874,
12
                     Defendant.
13

14      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

15 Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the

16 remaining record, hereby finds and ORDERS:

17      (1)    The Report and Recommendation is approved and adopted.

18      (2)    Plaintiff's complaint (Dkt. 4) and this action are DISMISSED, with prejudice,

19 under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

20 //

21 //

22

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

  (3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

  DATED this 12<sup>r</sup> day of December, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2